# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

xxxxxxxxxxxxxxxxx Xxxxxxx
Washington, D.C.

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

### CASE NUMBER:

TO:  Special Agent Joshua C. Green, being duly sworn depose and say:

I am a Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives and have reason to believe that
on the premises known as (name, description and or location)

xxxxxxxxxxxxxxxxx Xxxxxxx, WASHINGTON, D.C. (The premise is a row house located on the south side of Xxxxxxxxxxxxx Xxxxxx, between xxxxxxxxxxxxxxxxx Xxxxxxx, Washington, DC.  The residence is described as tan colored row house with xxxxxxxxxxxxxxxxxx on the front porch.  The numbers "xxx" are in white on a black background posted on two of the front porch pillars.  The front door is white with a white outer storm door.  When facing the residence, the residence on the left is labeled "xxx" and the residence to the right is labeled "xxx".)

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

a firearm, paperwork and documentation related to the possession, acquisition, disposition, and maintenance of firearms, as well as ammunition, ammunition magazines, ammunition boxes, holsters, ammunition pouches, boxes, cleaning kits, bullet proof vests, firearms parts, firearms boxes, photographs of firearms, and accessories for firearms such as grips, scopes, and slings, and paperwork and documentation related to the identity of the possessors of such items and/or occupancy of the premises.

Which are (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
Evidence and instrumentalities of alleged crime(s): In violation of Title 18, United States Code, Section 922(g)(1).
The facts to support the issuance of a Search Warrant are as follows:

See Affidavit which is incorporated herein for reference, Continued on the attached sheet and made a part hereof.

_____
Joshua C. Green, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
(Affiant)

Sworn to before me, and subscribed in my presence
_____ at Washington, D.C.
Date and Time Issued

_____
United States Magistrate Judge
Signature of Judicial Officer