**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**WASHINGTON, D.C.**

**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR:**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
**WASHINGTON D.C.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, WASHINGTON, D.C**.  The premise is a row house located on the south side of Xxxxxxxxxxxxxxxxxxxxxx, between xxxxxxxxxxxxxxxxxxxxxxx, Washington, DC.  The residence is described as tan colored row house with xxxxxxxxxxxxxxxxxxxxxxxxxx on the front porch.  The numbers "xxx" are in white on a black background posted on two of the front porch pillars.  The front door is white with a white outer storm door.  When facing the residence, the residence on the left is labeled "xxx" and the residence to the right is labeled "xxx".

1. Your affiant in this matter is Special Agent Joshua C. Green of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).  I am currently assigned to the Washington Area High Intensity Drug Trafficking Area (HIDTA) Task Force.  I have been a Special Agent with ATF since July, 2000.  Prior to becoming an ATF Special Agent, I was a Special Agent with the former Immigration and Naturalization Service (INS) for over five years, the last three of which were in the Washington, D.C. area.  Since becoming a Special Agent with the ATF, I have taken part in numerous firearms related investigations involving armed gangs, armed drug traffickers, felons and illegal aliens in possession of firearms and ammunition, firearms trafficking, and the use of firearms in furtherance of illegal drug trafficking.  In addition, I have attended training related to firearms and firearms investigations at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as additional training sponsored by HIDTA involving narcotics investigations.

2. As a result of these firearm and drug related investigations, your affiant has participated in the preparation, presentation and/or execution of over one hundred and thirty search warrants in Washington, D.C., which have resulted in the recovery of firearms and firearm boxes, ammunition and boxes of ammunition,

shell casings, magazines, holsters, pouches for ammunition, gun cases, gun safes, photographs of individuals with firearms, and documentary evidence indicative of firearms possession and violations. Many of these search warrants were obtained as a direct result of information and evidence of illegal firearm possession within residences within the District of Columbia. Further, many of these search warrants were obtained and executed based on information provided by Confidential Informants (CI) or after the arrest of individuals in possession of firearms within the District of Columbia.

3. During the course of your affiant's professional experience and participation in the investigation of firearms offenses, I have had the opportunity to interview numerous defendants, witnesses, confidential informants (CIs) and law enforcement officers regarding firearm related crime specifically within the District of Columbia. Through these interviews and experience in investigating firearm related crime, I have learned that suspects who obtain firearms and ammunition illegally in Washington, DC, keep these items in order to commit further crimes, which include robbery, burglary, carjacking, and assault, as well as other crimes against people and property. I have learned that these suspects keep firearms and ammunition in order to protect the profits of their criminal activity, to include money derived from drug dealing, robbery or burglary, actual drugs (of any amount), jewelry, stolen cars and/or car parts, credit cards and other fraudulently obtained items. Further, I have learned that suspects who commit crime with firearms keep firearms and ammunition to protect themselves from law enforcement, rival gang members and other individuals who may pose a threat to the safety of these suspects. I have learned that suspects who obtain firearms and ammunition in Washington, DC, keep these items within their residences and/or vehicles, or within the residences of others, in order to protect them from theft and to protect their illegal criminal profits which are stored within these residences and/or vehicles. I have also learned that suspects who own or possess firearms and ammunition in Washington, DC, also keep other firearm related equipment, to include ammunition magazines, holsters, bullet proof vests, pistol grips, boxes, cleaning kits and paperwork relating to the acquisition and disposition of firearms. I have learned that suspects keep firearms, ammunition and their accessories secreted within their residences for extended periods of time due to the fact that it is illegal as well as difficult to obtain particular firearms and firearms related accessories, such as ammunition, within the District of Columbia. Lastly, I have learned and experienced that suspects do not carry their entire inventory of ammunition or equipment, such as ammunition and ammunition magazines, while carrying their firearms on their person or in a vehicle, but will keep their available ammunition and magazines in their residence for future use. Generally, handgun ammunition is sold in boxes of 50 or 100 rounds, depending on the caliber of ammunition purchased.

4. From my experience as an ATF agent, I have learned that firearms and

ammunition are not manufactured within the District of Columbia and therefore must cross state lines and travel in interstate or foreign commerce prior to entering the District of Columbia.  Through my experience I have learned that many of the handguns recovered in Washington, DC, were purchased in Virginia or Maryland, or other "source" states such as Florida, North Carolina, and Georgia.  I have further experienced that numerous firearms and amounts of ammunition recovered in Washington, DC, were purchased in other States.  A large number of firearms recovered in Washington, DC, have been "straw purchased", which is defined as the acquisition of a firearm from a federally licensed dealer by an individual (the "straw purchaser") done for the purpose of concealing the identity of the true intended receiver of the firearm.  The purchased firearms are then transported over state lines into the District of Columbia by the D.C. resident, the "straw purchaser", or another recruited person.  The firearms are then carried and transported on their person and/or in their vehicle and used in the commission of crimes, then subsequently stored in the firearm possessor's residence and/or vehicles for extended periods of time.  Oftentimes the "straw purchaser" will also purchase boxes of ammunition for the receiver of the firearm as well.  In turn, the suspect will keep firearm boxes, ammunition boxes and paperwork relating to the acquisition of the firearm and/or ammunition in their residence and/or vehicles along with the firearm.  Occasionally, the "straw purchaser" reports the purchased firearm stolen, thus distancing him or herself from criminal activity the true firearm possessor may engage in.

5. Your affiant also has knowledge that some of the firearms and ammunition entering into the District of Columbia have been stolen from gun stores or residences in other states during the commission of burglaries or robberies.  Through experience I have learned that suspects who acquire stolen firearms and ammunition from other states are more prone to sell and/or trade them in Washington, DC, due to the high demand for these items in Washington, DC, by the criminal element.  Further, in Washington, DC, stolen firearms and ammunition can be sold for higher prices or traded easily for such items as narcotics or other stolen merchandise.  In your affiant's experience, suspects in possession of stolen firearms and ammunition tend to secrete them within their place of residence and/or vehicles for longer periods of time out of fear of being arrested with these items.

6. Since this affidavit is being submitted for the limited purpose of obtaining a search warrant for the target premises, it is not intended to include each and every fact observed by your affiant, your affiant's fellow ATF agents and other law enforcement officers, or known to the government.  Your affiant has set forth only those facts necessary to support probable cause for this application.

7. Within the past 72 hours, a reliable Confidential Informant (CI) reported to your affiant that concealed within **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, WASHINGTON, D.C.,** is a firearm described as a black in color revolver. The CI further stated that the possessor, known as "Xxxxxxx" (described by the CI as a xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx) displayed this firearm in the presence of the CI. The CI stated that "Xxxxxxx" currently resides at **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, WASHINGTON, D.C.** and has resided there xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx. This CI has provided the Metropolitan Police Department, the ATF and other federal agencies with information that has lead to the acquisition of over a dozen search warrants which have resulted in several arrests of persons for violations of federal and local firearms and narcotics laws and the recovery of firearms, narcotics and other contraband, such as drug paraphernalia and U.S. currency associated with narcotics trafficking. No information that this CI has provided has proven to be unreliable, biased or incorrect.

8. Using various law enforcement databases your affiant identified an individual, Xxxxxxxx Xxxxxxxxxx, as a resident of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, WASHINGTON, D.C.** NCIC records indicate that Xxxxxxxxxx (described as a xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx) has a criminal history which includes a felony conviction for Distribution of Cocaine following his arrest on Xxxxxxxxxxxxxxx in Washington, D.C. These records indicate that Xxxxxxxxxx was sentenced to xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx for this charge. In addition, Xxxxxxxxxx has been arrested for Possession of Marijuana, Possession With Intent to Distribute Cocaine, Possession With Intent to Distribute Marijuana, Destruction of Property, Unlawful Entry, and Reckless Driving. Records of the U.S. Bureau of Prisons indicate that Xxxxxxxxxx was recently xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.

9. A check made on February 15, 2006, with the Metropolitan Police Department's Firearms Registration Unit revealed that no one residing at **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, WASHINGTON, D.C. ,** possesses firearms or ammunition registration certificates, nor were any firearms or ammunition registered at this address.

10. Based upon the aforementioned information and your affiant's training and experience in firearms related investigations, your affiant believes that probable cause exists that in **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, WASHINGTON, D.C. ,** there is presently concealed a firearm, paperwork and documentation related to the possession, acquisition, disposition, and maintenance of firearms, as well as ammunition, ammunition magazines, ammunition boxes,

holsters, ammunition pouches, boxes, cleaning kits, bullet proof vests, firearms parts, firearms boxes, photographs of firearms, and accessories for firearms such as grips, scopes, and slings.  In addition, I believe that there are concealed paperwork and documentation related to the identity of the possessors of such items and/or occupancy of the premises and I therefore respectfully request a search warrant be issued for the premises, curtilage, and locked boxes within the premises and curtilage of **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, WASHINGTON, D.C.,** authorizing the seizure of the aforementioned items and any additional contraband discovered within the premises, curtilage, and locked boxes within the premises and cartilage of
**xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, WASHINGTON, D.C.**

_____
Joshua C. Green
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed before me this  _____  day of February, 2006.


_____
United States Magistrate Judge
District of Columbia