JMC
2006 0095
2/16/06
AK

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

714 Jefferson Street Northwest
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 06 - 63 - M - 01

TO: Special Agent Joshua C. Green and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Joshua C. Green who has reason to believe that on the premises known as (name, description and or location)

714 JEFFERSON STREET NORTHWEST, WASHINGTON, D.C. (The premise is a row house located on the south side of Jefferson Street Northwest, between 7th and 8th Streets Northwest, Washington, DC. The residence is described as tan colored row house with pink pillars and pink trim on the front porch. The numbers "714" are in white on a black background posted on two of the front porch pillars. The front door is white with a white outer storm door. When facing the residence, the residence on the left is labeled "712" and the residence to the right is labeled "716".)

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

a firearm, paperwork and documentation related to the possession, acquisition, disposition, and maintenance of firearms, as well as ammunition, ammunition magazines, ammunition boxes, holsters, ammunition pouches, boxes, cleaning kits, bullet proof vests, firearms parts, firearms boxes, photographs of firearms, and accessories for firearms such as grips, scopes, and slings, and paperwork and documentation related to the identity of the possessors of such items and/or occupancy of the premises.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___24 FEB 2006___
Date

(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

FEB 17 2006  9:40 AM
_____ at Washington, D.C.
Date and Time Issued

_____
United States Magistrate Judge
Signature of Judicial Officer
ALAN KAY
U.S. MAGISTRATE JUDGE

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 02/17/2006 | 02/22/2006  07:00 a.m. | Angel Walters and Jeanette Turner |

INVENTORY MADE IN THE PRESENCE OF  Dowd, Green, Mates, Day, Meixner, Duke (All ATF Agents)

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- suspected crack cocaine
- suspected marijuana
- plate with suspected cocaine residue and razor
- mail matter in the name of Leroy Walters
- signed checks, partially completed
- shoebox with drug packaging material and drug paraphernalia

FILED
FEB 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  2-22-06
U.S. Judge or Magistrate    Date